1983 Form

# In the United States District Court
# For the Northern District of Alabama

Joseph L. Shack

_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

v.

LT. Mahumad Jenkins
Officer Akeem Edmonds

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓)   No ( )

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiff(s): Joseph J Shack
         Defendant(s) Sgt John Mason

      2. Court (if Federal Court, name the district; if State Court, name the county)
         Federal Court Northern District

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
THE CASE WAS SETTLED OUT

6. Approximate date of filing lawsuit April 2012

7. Approximate date of disposition May 2014

II. Place of present confinement Donaldson Correctional Facility

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( ) INMATE request slip

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is YES:
1. What steps did you take? I submitted several request to the warden stating the officers took & destroyed my hearing aid which was not contraband placed me in lock up, and I needed another one

2. What was the result? Never wrote back, after filling out several medical sick call forms I saw a Dr. and was sent to Brookwood Medical Hospital in the free world where I saw a hearing specialist the determined I had hearing loss & need hearing aid

D. If your answer is NO, explain why not? _____

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Joseph L Shair 187054N3
100 Warrior Lane Bessemer, Al 35023

Address _____

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant LT MAHUMAD JENKINS is employed as Donaldson Correctional Fac, "LT"

at _____

C. Additional Defendants AKEEM EDMONDS
Col Donaldson Correctional Fac, Officer

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

When I Transfered to Donaldson Correctional Fac, And was Processed In. I had a hearing Aid with my Property. It was in a pouch with its Extra Batterys & Cleaning Utensils, Officer Akeem Edmonds Took & Destroyed It, (Instead of placing it in holding & giving me an option to mail it home) He said he was given orders by his LT. Mahumad Jenkins to destroy it, Because he was aware that I filed a suit on his fellow officer Sgt John Mason At St. Clair, He then ordered me to be placed in Segregation/lockup for no reason. After I told him I came from general Population And I had no Disciplinarys or Citations or Any other reason to be placed in lock up. Thats why I want to file on the grounds of Retaliation And Denial Medical Treatments

V. **RELIEF**

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to sue each Defendant seperately and as a whole, C Donaldson Correctional Fac. for Allowing them to retaliate, take my hearing aid + Destroy that was legal, Not contraband, Place me in lock up for no reason and Deny me medical treatment. I would like to sue each one for $200,000 each Along with Pain + suffering. All medical bills paid to get new hearing aid each day placed in lock up for Nothing

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              (date)

*Joseph Shaely*
Signature(s)